ROBIN ELLIOTT *v.* THERESA LANTZ
(AC 30896)

Gruendel, Harper and Schaller, Js.

Argued February 9—officially released March 9, 2010

Per Curiam. The judgment is affirmed.

CHARLES J. FLANNIGAN ET AL. *v.* PLANNING AND
ZONING BOARD OF THE CITY OF MILFORD
(AC 30697)

Gruendel, Harper and Schaller, Js.

Submitted on briefs February 9—officially released March 9, 2010

Per Curiam. The judgment is affirmed.

IN RE JAKE D.

IN RE RYAN D.
(AC 31148)

Gruendel, Beach and West, Js.

Submitted on briefs February 11—officially released March 9, 2010

Per Curiam. The judgment is affirmed.